The People of the State of Illinois ex rel. Olive Welch, appellee,
v. Frank McDonald, appellant.  Gen. No. 7,679.
Conviction in bastardy.  Appeal from the County Court of Piatt
county; the Hon. M. R. Davidson, Judge, presiding.  Heard in this
court at the October term, 1923.  Affirmed.  Opinion filed March 8,
1924.  *Certiorari* denied by Supreme Court (making opinion final).
Joel T. Davis and Herrick & Herrick, for appellant.  Burl A.
Edie, State's Attorney, for appellee; Shonkwiler & Firke, of counsel.
Mr. Justice Shurtleff delivered the opinion of the court.

Carl Lauver, appellee, v. T. H. Downing, appellant.  Gen. No. 7,682.
Appeal to circuit court from judgment for plaintiff in justice
court.  Dismissed for want of jurisdiction.  Appeal from the Circuit
Court of Fulton county; the Hon. W. C. Frank, Judge, presiding.
Heard in this court at the October term, 1923.  Affirmed.  Opinion
filed March 8, 1924.
T. MacDowning, Hobart S. Boyd and E. L. Weber, for appellant.
Harvey H. Atherton and Glenn Ratcliff, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

Forest G. Gyles and Lloyd H. Worth, trading as the Worth-Gyles
Grain Company, appellee, v. Hasenwinkle Grain Company, appellant.
Gen. No. 7,685.
Assumpsit for balance on account.  Judgment for plaintiff.  Ap-
peal from the Circuit Court of McLean county; the Hon. Edward
Barry, Judge, presiding.  Heard in this court at the October term,
1923.  Affirmed.  Opinion filed March 8, 1924.
A. E. & R. C. DeMange, for appellant.  H. M. Murray, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

The New Idea Spreader Company, appellant, v. Meade McClatchey,
appellee.  Gen. No. 7,689.
Assumpsit to recover liquidated damages for breach of contract.
Judgment for defendant.  Appeal from the Circuit Court of Fulton
county; the Hon. Walter C. Frank, Judge, presiding.  Heard in this
court at the October term, 1923.  Affirmed.  Opinion filed March 8,
1924.
Marvin T. Robison and Jesse Heylin, for appellant.  Burnett M.
Chiperfield and Claude E. Chiperfield, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

J. S. Bache & Company, appellant, v. Kempton Farmers Elevator
Company, appellee.  Gen. No. 7,690.
Action for balance due on purchases and sales of grain on board
of trade.  Judgment for defendant.  Appeal from the Circuit Court
of Ford county; the Hon. Frank Lindley, Judge, presiding.  Heard
in this court at the October term, 1923.  Affirmed.  Opinion filed
March 8, 1924.
Robbins, Townley & Wilde, Schneider & Schneider and J. Arthur
Miller, for appellant.  W. R. Hunter and F. M. Thompson, for ap-
pellee.
Mr. Justice Shurtleff delivered the opinion of the court.